UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00175-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISAIS TAPIA-ESPINO,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, June 26, 2006,** and responses to these motions shall be filed by **Wednesday, July 5, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, July 10, 2006, at 3:30 p.m.**  It is

    FURTHER ORDERED that a three-day jury trial is set to commence **Monday, July 17, 2006, at 9:00 a.m**.  It is

    Dated:  May 18, 2006

                                        BY THE COURT:
                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge